PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

Southern District of Ohio

UNITED STATES OF AMERICA

v.

William Hornsby

Crim. No.  CR 1-02-24-3

On _____November 21, 2002_____ the above named was placed on probation/supervised release for a period of _five_ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __27th__ day of __September__, 20 _07_.

_____
United States District Judge